**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida www.flsb.uscourts.gov
**Chapter 13 Plan (Individual Adjustment of Debts)**

[ ] ____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[ ] ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Mendez, Raisel Maria**        JOINT DEBTOR: **,**        CASE NO: 14-17557-LMI
Last Four Digits of SS# **1368**        Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months: In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $**1517.83**  for months **1** to 10 ;
$ 1240.06 for months 11 to 60;

in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 4250.00 TOTAL PAID $ 1750.00
            Balance Due: $ **2,500.00**  payable $ 250.00 /month (Months **1** to  10 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **None** ____        Arrearage on Petition Date $
                Arrears Payment $ /month (Months  to  )
                Regular Payment $ /month (Months  to  )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|---|
| **Mortgage Service Center** account # 9542019671169 2001 Bishops Gate Blvd Mount Laurel, NJ 08054 | **Investment Property located at: 2721 NW 87 ST MIAMI FL. 33147.** | 55,568.00 | 5.00 | $1091.05 includes taxes of $509.00 per year | 1-60 | 65,463.20 |
|  |  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **None** ____        Total Due $
            Payable $ /month (Months  to  ) Regular Payment $ _____.

Unsecured Creditors: Pay $ 25 /month (Months __1__ to __60__ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Wells Fargo Home Mortgage account # 9360376573952  **Mortgage on Homestead Property ( Current, paid direct outside plan)**

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that each year the case is pending the debtor(s) shall provide the trustee with their filed tax returns at the same time as the tax returns are filed with the Internal Revenue Service or other taxing agency and shall provide the trustee with verification of their disposable income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Raisel Maria Mendez*
Debtor                                                                 Joint Debtor

Date: **April 2, 2014**                                     Date: _____

LF-31 (rev. 01/08/10)