

ORDERED in the Southern District of Florida on June 4, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
www.flsb.uscourts.gov

In re:

**RAISEL MARIA MENDEZ**                     Case No.: **14-17557-LMI**
                                            Chapter 13

Debtors,
_____/

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY <u>MORTGAGE SERVICE CENTER</u>

THIS CASE came to be heard on **June 3rd, 2014** on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property held by* Mortgage Service Center (**DE # 11**); the "Motion"). Based upon the debtors' assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A.     The value of the debtors' real property (the "Real Property") located at <u>2721 NW 87th STREET, Miami, FL 33177</u>, and more particularly described as:

(Legal Description)

**FRESNO PARK PB 16-55 E6.90FT OF LOT 10 & ALL LOT 11 BLK 5 LOT SIZE 50.300 X 107 COC 22177-0032 03 2004 4 OR 22177-0032 0304 01** is $ 55,568.00 at the time of the filing of this case.

    B.    There are no liens on the real property, senior in priority to Lender.

    C.    The value of Lender's secured interest in the real property is $55,568.00 and the value of Lender's unsecured, deficiency claim is approximately $142,744.00

Consequently, it is **ORDERED** as follows:

1.    The Motion is **GRANTED**.

2.    Lender has an allowed secured claim in the amount of $ 55,568.00

3.    (Select only one):

    __X__ Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed.  In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

    ____ Lender filed a proof of claim in this case .  It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ _____, regardless of the original classification in the proof of claim as filed.

5.    The Real Property may not be sold or refinanced without proper notice and further

       order of the Court.

6.     Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Respectfully submitted by:

Mendez Law Offices, PLLC
Attorney for Debtors
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By:      /s/
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

Attorney Diego German Mendez is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.